# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN ENGSTROM, | ) | CASE NO. 5:21-cv-1967 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LOVE'S TRAVEL STOPS AND COUNTRY STORES, INC., | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter comes before the Court upon the parties' Joint Stipulation of Dismissal. (Doc. No. 12.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), parties may stipulate to dismissal of an action by filing a stipulation of dismissal signed by all parties who have appeared. The parties in this case have entered into such a stipulation and, therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: May 12, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**